

# HILL RIVKINS LLP

45 Broadway, Suite 2110, New York, NY 10006-3776
Tel: 212 669-0600    Fax: 212 669-0698
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

**MEMO ENDORSED**

October 20, 2025

> The pre-motion conference is adjourned to October 28, 2025 at 10:30 a.m.
>
> SO ORDERED.
>
> *Edgardo Ramos, U.S.D.J.*
> Dated: October 20, 2025
> New York, New York

**By ECF**
Hon. Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York

    Re:    Request to Reschedule Pre-Motion Conference
             *Endurance American Ins. Co., et al. v. Agrico Sales, Inc.*
             Case No.: 1:25-cv-3896-ER

Dear Judge Ramos:

    We represent the defendant, Agrico Sales, Inc. ("Agrico"), and write with the consent of counsel for the plaintiffs ("Underwriters") to respectfully request that the pre-motion conference set for this Friday, October 24, at 10 a.m., be rescheduled.

    By text order on October 9 (ECF no. 21), the Court granted our request for a pre-motion conference and scheduled it for November 24 at 10 a.m. On Thursday, October 16, the text order was amended (ECF no. 25) to change the conference date to this Friday, October 24, at 10 a.m. We very much appreciate the Court's willingness to hold a conference sooner but unfortunately have a scheduling conflict as the undersigned serves as the secretary of a college's board of trustees and is expected at its long-scheduled in-person meeting on October 24 at 10 a.m.

    Accordingly, we respectfully make this first request to reschedule the pre-motion conference. If the Court is inclined to grant this request, all counsel are available for a conference on October 28 before 3 p.m. and on October 29, or if so directed will communicate with Chambers by e-mail to identify a time of mutual availability that is convenient for Your Honor.

NEW JERSEY
The Bentley Building | 98 Craig Road
Manalapan, NJ 07726
Tel: 732 838-0300  Fax: 732 316-2365

TEXAS
1000 N. Post Oak Rd., Suite 220
Houston, Texas 77055
Tel: 713 222-1515  Fax: 713 222-1359

Hon. Edgardo Ramos
October 20, 2025
Page Two

    We thank the Court for its consideration of this request.

                        Respectfully submitted,

                        HILL RIVKINS LLP

                        *Brian P. R. Eisenhower*

                        Brian P. R. Eisenhower

