UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENDURANCE AMERICAN INSURANCE COMPANY, UNITED STATES FIRE INSURANCE COMPANY, AND NAVIGATORS INSURANCE COMPANY,

Plaintiffs,

-against-

AGRICO SALES, INC.,

Defendant.

25 CIVIL 3896 (ER)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated July 10, 2026, the motions, Docs. 32 and 41 are terminated, and the case is closed.

**Dated:** New York, New York
July 14, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**